UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YAYA JALLOW,<br><br>                     Plaintiff,<br><br>     -against-<br><br>CITY OF NEW YORK; and BOWERY RESIDENTS' COMMITTEE,<br><br>                    Defendants. | 20-CV-6511 (LLS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued July 21, 2021, dismissing the third amended complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the third amended complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

IT IS FURTHER ORDERED that the Clerk of Court transmit this judgment to Plaintiff and note service on the docket.[1]

SO ORDERED.

Dated:   July 21, 2021
            New York, New York

                                                                                               *Louis L. Stanton*
                                                                             Louis L. Stanton
                                                                                U.S.D.J.

---

[1] Plaintiff has consented to receive electronic service of notices and documents in this case. (ECF No. 4.)